UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**                                 Case No. 11-cr-52-PB

<u>Matthew Karahalios</u>

**O R D E R**

Attorney Shulman did an outstanding job in representing the defendant in this complex and high stakes case.  As Attorney Shulman noted in his supporting memorandum, this case was complex in part because the charges encompassed five separate armed robberies.  The discovery was voluminous and included a number of recorded but untranscribed statements.  The sentencing hearing was contested and required interviews of several witnesses and the retention of a forensic psychologist.  The stakes were also high given the possibility that the defendant could have received mandatory minimum sentences totaling 85 years if he had gone to trial and been convicted on all charges.

For the reasons set forth in the defendant's memorandum, I determine that the fees and expenses he has requested, including his request or $6,250 for Dr. Leisl Bryant's services are reasonable and appropriate.  The motion to exceed (Doc. No. 86) is granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 19, 2012

cc:  Andrew R. Shulman, Esq.